

MEMO ENDORSED

# MOUND COTTON WOLLAN & GREENGRASS LLP

COUNSELLORS AT LAW
ONE NEW YORK PLAZA
NEW YORK, NY 10004-1901

(212) 804-4200

NEW YORK, NY
FLORHAM PARK, NJ
GARDEN CITY, NY
SAN FRANCISCO, CA
FORT LAUDERDALE, FL
HOUSTON, TX

PAMELA J. MINETTO
PARTNER
(973) 494-0603
PMinetto@moundcotton.com

FAX: (212) 344-8066
WWW.MOUNDCOTTON.COM

February 26, 2026

The Hon. Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007
(HoNYSDChambers@nysd.uscourts.gov)

Re:     *Indian Harbor Insurance Company v. CB&I LLC; McDermott, LLC*
         <u>Case No. 1:26-cv-00149</u>

Dear Judge Ho:

The undersigned, Pamela J. Minetto, jointly with Lloyd A. Gura, represent Plaintiff Indian Harbor Insurance Company ("Plaintiff") in the above referenced matter.  We write jointly with Jiun-Wen Bob Teoh and Jonathan Ettinger, counsel for Defendants CB&I LLC and McDermott, LLC ("Defendants") in this matter (jointly the "Parties").  Please accept this letter motion on behalf of the Parties requesting that the Court enter an Order staying all proceedings and adjourning all deadlines in this action, including without limitation, the deadline for the Defendants to file a responsive pleading to the complaint and the deadline for the Parties to submit a jointly proposed Case Management Plan and Scheduling Order.

The Parties base this request upon their mutual agreement to participate in a private, confidential mediation to attempt to resolve the disputes which are the subject of this action.  The mediation is scheduled to take place on April 17, 2026.  Within two weeks after the conclusion of the mediation, the Parties will jointly report to the Court about the mediation and whether it was successful in resolving the existing disputes.  If the Parties are unable to reach a resolution at mediation, the Parties will include in their joint report a proposal for new deadlines for the filing of responsive pleadings and the joint proposed Case Management Plan and Scheduling Order.

It is our joint understanding that the brief stay will not impact any future discovery schedule should we be unable to resolve our dispute.

Mound Cotton Wollan & Greengrass LLP

The Hon. Dale E. Ho
February 26, 2026
Page 2

    We thank the Court for its attention to this matter and respectfully request that the Court enter the requested Order staying all proceedings and adjourning all pending deadlines in this action.

                    Respectfully submitted,

                    *Pamela J. Minetto*

                    Pamela J. Minetto

**Application GRANTED.  The matter is hereby STAYED pending mediation.  The Parties are DIRECTED to file a status letter on or before May 1, 2026. The Clerk of Court is respectfully directed to terminate ECF No. 15.**

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: February 27, 2026
New York, New York