UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDIAN HARBOR INSURANCE COMPANY, | 26-CV-0149 (DEH) (RFT) |
| Plaintiff, | **ORDER** |
| -against- | |
| CB&I LLC et al, | |
| Defendant. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Clerk of Court is respectfully requested to strike my order at ECF 17.

DATED:  February 27, 2026          SO ORDERED.
             New York, NY

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**