

**FOLEY HOAG** LLP

Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600

617.832.1000 main
617.832.7000 fax

**VIA ECF**
May 1, 2026
The Hon. Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Indian Harbor Insurance Company v. CB&I LLC, et al.*, Case No. 1:26-cv-00149

Dear Judge Ho:

The undersigned, Jiun-Wen Bob Teoh, represent Defendants CB&I LLC and McDermott, LLC (collectively, "McDermott"). We write jointly with Lloyd A. Gura and Pamela J. Minetto, counsel for Plaintiff Indian Harbor Insurance Company ("Indian Harbor,") (jointly the "Parties"). Please accept this joint letter on behalf of the Parties as an update on the status of mediation and a request for an extension of the existing stay.

The Parties previously requested and the Court ordered a stay of all proceedings pending a private, confidential mediation to attempt to resolve the disputes which are the subject of the litigation [Doc. 16]. The mediation was scheduled to take place on April 17, 2026, before the Honorable Lawrence Pollack (Ret.) at JAMS in New York. The Parties were ordered to file a status letter on or before May 1, 2026.

The Parties respectfully write to advise the Court that the April 17, 2026, mediation did not take place because McDermott requested the attendance of certain excess carriers participating in its professional liability insurance program. McDermott asserts that the excess insurers (not parties to the pending action) should participate because the value of the alleged claim exceeds the limits of the Indian Harbor primary policy. McDermott invited the excess carriers to participate but only two have responded. As discussions with excess carriers continued, the April 17, 2026, mediation was adjourned.

The Parties jointly and respectfully request a thirty (30) day extension of the present stay to schedule a mediation that will include the excess insurers. At the conclusion of the 30 day period, the Parties will report back on the status of the mediation efforts and if successful, anticipate requesting an additional stay to accommodate completion of the mediation process.

May 1, 2026
Page 2

      McDermott will continue its efforts to coordinate with the excess carriers.  It is the Parties' joint understanding that the requested extension will not impact any future discovery schedule should they be unable to resolve their dispute at mediation.

      We thank the Court for its attention to this matter and respectfully request that the Court grant the requested thirty (30) day extension of the existing stay.

Respectfully submitted,

**Application GRANTED.  The Clerk of Court is respectfully directed to terminate ECF No. 19.**

/s/ Jiun-Wen Bob Teoh

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: May 4, 2026
New York, New York

2

FOLEYHOAGUS13428906.3