

FOLEY HOAG LLP

*Seaport West*
*155 Seaport Boulevard*
*Boston, MA 02210-2600*

*617.832.1000 main*
*617.832.7000 fax*

**VIA ECF**
May 29, 2026
The Hon. Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** *Indian Harbor Insurance Company v. CB&I LLC, et al.*, **Case No. 1:26-cv-00149**

Dear Judge Ho:

The undersigned, Jiun-Wen Bob Teoh, represents Defendants CB&I LLC and McDermott, LLC (collectively, "McDermott").  We write jointly with Lloyd A. Gura and Pamela J. Minetto, counsel for Plaintiff Indian Harbor Insurance Company ("Indian Harbor") (jointly the "Parties").  Please accept this joint letter on behalf of the Parties as an update on the status of mediation and a request for a further extension of the existing stay.

As the Court is aware, the Parties previously requested and the Court ordered a stay of all proceedings pending a private, confidential mediation to attempt to resolve the disputes which are the subject of this litigation [Doc. 16].  The mediation was originally scheduled to take place on April 17, 2026, before the Honorable Lawrence Pollack (Ret.) at JAMS in New York, but was adjourned to permit the participation of certain excess carriers in McDermott's professional liability insurance program.  The Court thereafter granted an extension of the stay through May 30, 2026, to allow the Parties additional time to coordinate with the excess insurers and reschedule the mediation.

The Parties respectfully write to advise the Court of the progress that has been made in rescheduling the mediation.  The Parties have identified in-person dates in October 2026 on which Judge Pollack is available to conduct the mediation.  Those October in-person dates provided by Judge Pollack are the only in-person dates on which McDermott is able to participate in the mediation.  Additionally, McDermott has received confirmation that excess insurers Allied World Surplus Lines, Huntersure LLC, Liberty Mutual, and Mosaic Syndicate Services will participate in the mediation.  All but one (1) excess insurer has confirmed availability to participate in the mediation during the proposed October dates.  McDermott continues to seek final confirmation from the remaining excess insurer, which has acknowledged receipt of the correspondence and is reviewing availability internally.

FOLEYHOAGUS30054773.2

May 29, 2026
Page 2

        In light of the foregoing, the Parties jointly and respectfully request that the Court extend the current stay of all proceedings and adjournment of all deadlines in this action through October 30, 2026, to accommodate the rescheduled mediation.  It is the Parties' joint understanding that the requested extension will not impact any future discovery schedule should they be unable to resolve their dispute at mediation.

        The Parties further commit to filing a joint status report with the Court within fourteen (14) days after the conclusion of the October 30, 2026 deadline, advising the Court of the outcome of the mediation and, if the Parties are unable to reach a resolution, proposing new deadlines for the filing of responsive pleadings and the joint proposed Case Management Plan and Scheduling Order.  The Parties will provide the  Court  with confirmation of the selected mediation date by June 10, 2026.

    We thank the Court for its attention to this matter and respectfully request that the Court grant the requested extension of the existing stay through October 30, 2026.

                                Respectfully submitted,

                                /s/ Jiun-Wen Bob Teoh

**Application GRANTED.  The Stay is EXTENDED to October 30, 2026.  The parties shall submit status letters in accordance with the dates set forth herein (i.e., by June 10, 2026 and November 13, 2026).**

**The Clerk of Court is respectfully directed to terminate ECF No. 21.**

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: June 1, 2026
New York, New York

2