UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDIAN HARBOR INSURANCE COMPANY,

Plaintiff,

-against-

CB&I LLC et al,

Defendant.

26-CV-0149 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On June 10, 2026, the parties represented that a mediation would be held on October 14, 2026, and that they would provide an update within fourteen (14) days regarding the outcome of the mediation (ECF 23). The October 28, 2026 deadline has passed.

Accordingly, I am nunc pro tunc extending the deadline for the parties to file a joint letter regarding the status, but not the substance, of the parties' mediation until **November 2, 2026**.

DATED: October 29, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**